**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, ) | 05-9178M |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Francisco Leon, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

A prior Motion For Extension Of Time To Indict (doc. # 6) having been filed and having been granted on August 29, 2005 by Judge Irwin in Yuma,

**IT IS ORDERED** that Defendant's Motion To Extend Time To Indict is **DENIED**. See, United States v. Ramirez-Cortez, 213 F.3d 1149, 1156 (9th Cir.2000) (defendant cannot waive the protections of the Speedy Trial Act indictment clock by stipulating to a continuance).

DATED this 23rd day of September, 2005.

_____
Lawrence O. Anderson
United States Magistrate Judge